IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00216-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. SHAWN PATRICK NELSON,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A hearing on Supervised Release Violation shall take place on **Wednesday, April 4, 2012, at 2:00 p.m.**, 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.

      Dated: February 17, 2012.